[No. 1181-3.   Division Three.   ·July 1, 1975.] ·

CHARLES DVORAK et al, *Respondents*, v. DEAN HOCKETT et al, *Appellants*.

Appeal from a judgment of the Superior Court for Chelan County, No. 27482, Lawrence Leahy, J., entered April 12, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 1098-3.   Division Three.   July 7, 1975.]

M. STANLEY SLOAN et al, *Appellants*, v. JOSEPH H. WESTON et al, *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 212831, Patrick McCabe, J., entered February 7, 1974. *Affirmed* by unpublished per curiam opinion.

[Nos. 2917-1; 2918-1.   Division One.   July 7, 1975.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURENCE EDWARD BERNARD, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. LAURENCE EDWARD BERNARD, *Appellant*.

Appeal from judgments of the Superior Court for King County, Nos. 66275, 65289, James J. Dore and Nancy A. Holman, JJ., entered March 18, 1974. *Affirmed* by unpublished per curiam opinion.

[No. 2822-1.   Division One.   July 7, 1975.]

JEAN MARIE THOMAS, *Appellant*, v. RONALD THOMAS TRAVIS, *Defendant*, KING COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 769856, Frank H. Roberts, Jr., J., entered February 1, 1974. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Callow and Andersen, JJ.